LEE H. SEEKER v. E. T. SWENSON.[1]

October 30, 1953.

No. 36,160.

*Lee H. Seeker, pro se,* for petitioner.

PER CURIAM.
This petition presents no such exceptional circumstances as would justify original application to this court for a writ of habeas corpus. Willis v. Utecht, 231 Minn. 568, 42 N. W. (2d) 818; Wojahn v. Halter, 229 Minn. 374, 39 N. W. (2d) 545; State ex rel. Murphy v. Wolfer, 127 Minn. 102, 148 N. W. 896, L. R. A. 1915B, 95. Application should first be made to the proper district court.
Writ denied.

[1] Reported in 60 N. W. (2d) 592.